TONASKET v. WASHINGTON ET AL.

No. 71–1031.   Argued December 12–13, 1972—Decided April 24, 1973

*Robert L. Pirtle* argued the cause and filed briefs for appellant.

*Slade Gorton,* Attorney General of Washington, argued the cause for appellees.   With him on the brief were *Timothy R. Malone,* Senior Assistant Attorney General, and *William D. Dexter,* Assistant Attorney General.

*Alvin J. Ziontz* argued the cause and filed a brief for Confederated Tribes of the Colville Reservation et al. as *amici curiae.**

PER CURIAM.

The judgment of the Supreme Court of Washington is vacated, and the case is remanded to that Court for reconsideration in light of §§ 6 and 7 of c. 157, 1972 Extraordinary Session Laws of the State of Washington, and this Court's decision in *McClanahan* v. *Arizona State Tax Comm'n, ante,* p. 164.

---

*Briefs of *amici curiae* urging reversal were filed by *Solicitor General Griswold, Assistant Attorney General Frizzell, Harry R. Sachse,* and *Edmund B. Clark* for the United States; by *Charles A. Hobbs* and *Richard A. Baenen* for the National Congress of American Indians; by *David H. Getches* for the Native American Rights Fund; and by Pearson, Yurok Indian and Trader on the Hoopa Reservation.

*William D. Dexter,* Assistant Attorney General of Washington, and *Eugene F. Corrigan* filed a brief for Multistate Tax Commission as *amicus curiae* urging affirmance.